IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ASBESTOS WORKERS LOCAL 42 PENSION FUND, derivatively on behalf of Nominal Defendant JPMorgan Chase & Co., a Delaware corporation, | § § § § § § | |
| Plaintiff Below-Appellant, | § § | No. 322, 2015 |
| v. | § § | Court Below: Court of Chancery of the State of Delaware |
| LINDA B. BAMMANN, et al., | § § | C.A. No. 9772-VCG |
| Defendants Below-Appellees, | § § | |
| and | § § | |
| JPMORGAN CHASE & CO., | § § | |
| Nominal Defendant Below-Appellee. | § § § | |

Submitted: January 27, 2016
Decided: January 28, 2016

Before **STRINE**, Chief Justice; **HOLLAND**, **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices, constituting the Court *en Banc*.

## **ORDER**

This 28th day of January 2016, having considered this matter on the briefs filed by the parties and after oral argument, we find it evident that the judgment of

the Court of Chancery should be affirmed on the basis of and for the reasons assigned in its May 21, 2015 decision.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*
Chief Justice

---

[1] *Asbestos Workers Local 42 Pension Fund v. Bammann*, 2015 WL 2455469 (Del. Ch. May 21, 2015) (as revised on May 22, 2015).